IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| PATRICK WATKINS | § | |
| | § | |
| VS. | § | C.A. No. 3:15-cv-00037 |
| | § | |
| McDERMOTT INTERNATIONAL, | § | |
| INC. and McDERMOTT, INC. | § | |

## MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiff Patrick Watkins files this Motion to Dismiss with Prejudice.

Plaintiff Patrick Watkins has agreed upon a compromise and settlement of all claims and

disputes which were or could have been asserted by him against all Defendants in the above-entitled

and numbered cause.  Accordingly, Plaintiff Patrick Watkins moves the Court to enter the attached

Order of Dismissal and Final Judgment.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Patrick Watkins prays that this Motion

come on for consideration, and that, at the time thereof, it be granted.

Respectfully submitted,

SPAGNOLETTI & CO.

Marcus Spagnoletti
SBN 24076708 / SDTX 1139660
401 Louisiana Street, 8th Floor
Houston, Texas  77002
Telephone:  (713) 653-5600
Fax:  (713) 653-5656
Emails:  marcus@spaglaw.com
**ATTORNEY FOR PLAINTIFF PATRICK WATKINS**

4852-7079-5556.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon all counsel of record herein in accordance with the Federal Rules of Civil Procedure on this the _4th_ day of _June_, 2015.

_Marcus Spagnoletti_
Marcus Spagnoletti

4852-7079-5556.1